```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

**DANA ROSS STEGALL**             *
                                  *
    **Petitioner,**          *
                                  *
**vs.**                           *     CIVIL ACTION 06-00761-WS-B
                                  *
**BALDWIN COUNTY CORRECTIONS**    *
**CENTER,** *et al.*,             *
                                  *
    **Respondents.**         *

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute.

**DONE** this 21st day of July, **2008.**

                                                       s/WILLIAM H. STEELE
                                                   UNITED STATES DISTRICT JUDGE