```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| DANA ROSS STEGALL * | |
| * | |
| Petitioner, * | |
| * | |
| vs. * | CIVIL ACTION 06-00761-WS-B |
| * | |
| BALDWIN COUNTY CORRECTIONS * | |
| CENTER, *et al.*, * | |
| * | |
| Respondents. * | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 21st day of July, **2008**.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE